Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

MAY 4, 2011
WILLIAM M. McCOOL, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR11-5241 BHS |
| Plaintiff, | |
| v. | INDICTMENT |
| JONELLE LAJOHN BRAUN, | |
| Defendant. | |

The Grand Jury charges that:

### COUNT ONE
(Felon in Possession of Firearm)

On or about January 28, 2011, within the Western District of Washington, the defendant, JONELLE LAJOHN BRAUN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

- Third Degree Assault. Pierce County Superior Court (Juvenile Court) Cause No. 00-8-00788-1.

- Second Degree Possession of Stolen Property. Pierce County Superior Court (Juvenile Court) Cause No. 03-8-01625-7.

- Residential Burglary. Pierce County Superior Court (Juvenile Court) Cause No. 04-8-02691-9.

- Attempted Unlawful Delivery of a Controlled Substance (Cocaine). Pierce County Superior Court Cause No. 07-1-00107-9.

- Second Degree Unlawful Possession of a Firearm (two counts). Pierce County Superior Court Cause No. 08-1-02145-1.

INDICTMENT
U.S. v. BRAUN
- 1

1
2
- Unlawful Delivery of a Controlled Substance (Cocaine). Pierce County Superior Court Cause No. 09-1-03222-1.

did knowingly possess a firearm, to wit, a Winchester 30.06 model 70 rifle, serial number G290167, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
### (Felon in Possession of Firearm)

On or about February 23, 2011, within the Western District of Washington, the defendant, JONELLE LAJOHN BRAUN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

- Third Degree Assault. Pierce County Superior Court (Juvenile Court) Cause No. 00-8-00788-1.

- Second Degree Possession of Stolen Property. Pierce County Superior Court (Juvenile Court) Cause No. 03-8-01625-7.

- Residential Burglary. Pierce County Superior Court (Juvenile Court) Cause No. 04-8-02691-9.

- Attempted Unlawful Delivery of a Controlled Substance (Cocaine). Pierce County Superior Court Cause No. 07-1-00107-9.

- Second Degree Unlawful Possession of a Firearm (two counts). Pierce County Superior Court Cause No. 08-1-02145-1.

- Unlawful Delivery of a Controlled Substance (Cocaine). Pierce County Superior Court Cause No. 09-1-03222-1.

//
//
//
//
//
//
//
//

INDICTMENT
U.S. v. BRAUN
- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  did knowingly possess a firearm, to wit, a Llama .380 caliber semi-automatic pistol, serial
2  number 595250, which had been shipped and transported in interstate commerce.
3      All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

DATED:

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

FOREPERSON

JENNY A. DURKAN
United States Attorney

TODD GREENBERG
Assistant United States Attorney

JESSE WILLIAMS
Special Assistant United States Attorney

INDICTMENT
U.S. v. BRAUN
- 4